

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00059-CV

KRISTAN SMITH, Appellant

V.

WOODLEN GLEN APARTMENTS, Appellee

Appeal from the County Civil Court at Law No. 1 of Harris County, Texas.
(Tr. Ct. Cause No. 1056192).

This is an appeal from the agreed final judgment signed by the trial court on January 5, 2015. After being notified that this appeal was subject to dismissal for want of prosecution and nonpayment of all required fees, appellant, Kristan Smith, did not timely respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 24, 2015. Per curiam opinion delivered by panel consisting of Justices Jennings, Keyes, and Bland.